# IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.                                                                 NO.   4:17CR00293 BSM

BRADLEY CHAMBERS

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the ARKANSAS DEPARTMENT OF CORRECTION, TUCKER UNIT and TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of BRADLEY CHAMBERS ADC# 165597 detained in the ARKANSAS DEPARTMENT OF CORRECTION, TUCKER UNIT, Tucker, Arkansas in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on March 8, 2019 at 11:00 a.m., before the Honorable Joe J. Volpe, and after the proceedings have been concluded, that you return BRADLEY CHAMBERS to ARKANSAS DEPARTMENT OF CORRECTION, TUCKER UNIT under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 25 February 2019.

_____
UNITED STATES MAGISTRATE JUDGE