# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 27 2019

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| United States of America | 1909-0208-0567-J |
| v. | Case No.: 4:17CR00293-51 BSM |
| Bradley Chambers | |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Bradley Chambers**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: **Kidnapping in aid of Racketeering 18 USC 1959(a)(1) and (2), Assault with a dangerous weapon in aid or racketeering 18 USC 1959(a)(3) and 2, Maiming in aid of racketeering 18 USC 1959(a)(2) and 2, as further explained in the attached documents.**

Date: February 7, 2019

_____
*Issuing officer's signature*

City and state: Little Rock, Arkansas

JAMES W. MCCORMACK, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 2/7/2019, and the person was arrested on *(date)* 3/1/2019
at *(city and state)* LR, AR.

Date: 3/14/2019

_____
*Arresting officer's signature*

Joseph E Thornton JP, USM
*Printed name and title*