IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 4:17-CR-00293-BSM

CORY S. DONNELLY

### SENTENCING MEMORANDUM AND REQUEST FOR VARIANCE

Comes now the Defendant, Cory S. Donnelly, ("Mr. Donnelly"), by and through his attorney, Michael Spades, Jr., and for his Sentencing Memorandum and Request for Variance, states:

### Case Background

1. On January 17, 2020, Mr. Donnelly appeared before this Court and entered a guilty plea to one count of conspiracy to distribute and possess with intent to distribute methamphetamine, in violation of Title 21, United States Code, Sections 841(b)(1)(A) and 846, as set forth in Count 10 of the Second Superseding Indictment.

2. The statutory penalty for the charge set forth in Count Ten of the Second Superseding Indictment is not less than ten (10) years imprisonment.

3. A final draft of the Presentence Investigation Report, ("PSR"), has been circulated to the parties. *(PSR, Draft 2, dated April 5, 2021)*. There are no objections to the PSR.

4. The PSR contains an analysis of Mr. Donnelly's sentencing guidelines range. *(PSR, Draft 2, Paragraphs 36 through 44)*. The PSR states that Mr. Donnelly's total offense level is 32, after a two-point adjustment for acceptance of responsibility. *(PSR, Draft 2, Paragraph 44)*. With a total offense level of 32 and a criminal history category of VI, the guideline imprisonment range is 210 to 262 months. *(PSR, Draft 2, Paragraph 78)*. The Plea Agreement contains a stipulation that if Mr. Donnelly's offense level is 16 or greater, the determination of whether the he is eligible for a third-level decrease for acceptance of responsibility will be made by

1

the United States at the time of sentencing. *(Plea Agreement, Document No. 1379, Paragraph 5B.)* In the event that the United States recommends an additional one-point reduction for acceptance of responsibility and the Court accepts that recommendation, Mr. Donnelly's total offense level will be 31, with a guideline imprisonment range of 188 to 235 months.

**Sentencing Considerations**

5.  Mr. Donnelly respectfully asks the Court to consider the factors discussed herein in determining an appropriate sentence in this case. One of those factors is Mr. Donnelly's acceptance of responsibility for his unlawful conduct in this matter and the fact that he acknowledged his participation this matter during the early stages of the case. The second factor that Mr. Donnelly asks the Court to consider is a significant and tragic accident involving Mr. Donnelly at age 16 that close family members believe altered his life for the worse and led him engage in drug usage and other criminal conduct.

**Personal Background**

6.  Mr. Donnelly was born January 21, 1987. He is 34 years of age. *(PSR, Draft 2, Page 4).* He was born in Russellville, Arkansas and received his high school diploma from Russellville High School in 2005. *(PSR, Draft 2, Paragraphs 66 and 71).* Mr. Donnelly is divorced and has no children. *(PSR, Draft 2, Paragraph 67).*

7.  During his presentence interview, Mr. Donnelly represented that he had a good childhood, was well cared for, was a good student and attended church regularly with his family. Mr. Donnelly denied any gang involvement, including any affiliation with white supremacists. *(PSR, Draft 2, Paragraph 66).*

**Acceptance of Responsibility**

8.  Mr. Donnelly has accepted responsibility for his conduct in this matter.  It is also worth noting that Mr. Donnelly acknowledged his participation in this offense during the early stages of the case.  Mr. Donnelly did not perform well while on pretrial supervision and his release status was revoked.  However, the prosecution has known since early in the case that Mr. Donnelly would be entering into a plea agreement.  Mr. Donnelly requests that the Court consider this factor in determining a just and fair sentence in this case.

**Circumstances Leading to Mr. Donnelly's Drug Usage and Other Criminal Conduct**

9.  The PSR states that at age 16, Mr. Donnelly was in an automobile accident that resulted in injuries to his vertebrae and a serious concussion.  (*PSR, Draft 2, Paragraph 68*).  Medical records confirming Mr. Donnelly's hospitalization for these injuries at St. Mary's Regional Medical Center in Russellville will be submitted at the sentencing hearing.  Letters from close family members of Mr. Donnelly will be submitted to the Court prior to the hearing.  Copies of those letters will also be provided to counsel for the United States.  These letters describe a dramatic change in Mr. Donnelly that family members observed after the accident.  Prior to the accident, Mr. Donnelly was a good student, a good citizen and had never been in trouble.  In the months following the accident, Mr. Donnelly began using drugs and getting into trouble regularly.  Mr. Donnelly's drug usage led to other criminal conduct and a pattern of impulsive behavior that has been quite destructive.  Mr. Donnelly's adult life has been marred by poor decisions and incarceration.  Mr. Donnelly needs drug treatment and comprehensive mental health counseling.  Mr. Donnelly respectfully requests that the Court consider this tragic accident in determining an appropriate sentence in this case.

3

10. Mr. Donnelly submits that the seriousness of this accident at age 16 and the sudden and abrupt behavioral change that occurred afterward warrants a downward variance from his sentencing guidelines range.  Mr. Donnelly recognizes that he will be serving many years in prison.  However, the circumstances leading to his behavior and arrest are important factors that should be considered.  Mr. Donnelly respectfully requests that his request for a downward variance be granted.

## Conclusion

WHEREFORE, the Defendant, Cory S. Donnelly, hereby submits his Sentencing Memorandum and Request for Variance.

Respectfully submitted,

Michael Spades, Jr.
425 West Capitol Avenue, Suite 1524
Little Rock, Arkansas  72201  Arkansas
Bar No. 91016
Telephone:  (501) 374-6700 Email:
mspades@sbcglobal.net

4

**CERTIFICATE OF SERVICE**

I, Michael Spades, Jr., hereby certify that the foregoing pleading was filed with the United States District Clerk on this 11th day of April, 2021, with the understanding that service of this pleading will be electronically submitted by the Clerk to the Assistant United States Attorneys whose names appear below and to all other attorneys of record.

Ms. Liza Jane Brown
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, Arkansas 72203

Ms. Stephanie Mazzanti
Assistant U.S. Attorrney
P.O. Box 1229
Little Rock, Arkansas  72203

Michael Spades, Jr.