# TRANSMITTAL SHEET

**TO:** Clerk, USCA 8　　　　　　　　　**DATE:** 7/19/2023

**FROM:** U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:** 23-2396

**DISTRICT COURT NO.** 4:17-cr-00293-45-BSM

**TRANSMITTED HEREWITH:**

**VOLUME:**

### Transcript

Volume and Date: [2471] and [2472] Sealed Transcripts
Volume and Date: [2789] Sentencing Hearing
Volume and Date: [2790] Status Conference

### In Camera Documents

Copies of Presentence Investigation Report, Statement of Reasons, [1742] Sealed Motion, [1772] Sealed Document, [1927] Sealed Order, [2062] Sealed Motion, [2124] Sealed Motion, [2160] Sealed Document, [2170] Sealed Order, [2178] Sealed Document, [2208] Sealed Order, [2217] Sealed Motion, [2693] Sealed Document, and original of [2219] Sealed Document

### Exhibits

Plaintiff(s) _____
Defendant(s) _____
Joint _____

**COMMENTS:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### USCA 8 ACKNOWLDGMENT

RECEIPT

By: _____
　　　Deputy Clerk